IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOLENE RITTERBUSH,<br><br>              Plaintiff,<br><br>        vs.<br><br>STATE OF NEBRASKA, through the State of Nebraska Judicial Branch, Office of Probation Administration;<br><br>              Defendant. | 4:15CV3067<br><br>ORDER |

This matter is before the court on the defendant, the State of Nebraska, through the State of Nebraska Judicial Branch, Office of Probation Administration's objection to Magistrate Judge's order. Filing No. 52. The court previously held a hearing on a related motion for leave to file an amended answer, Filing No. 46, which the court denied, noting that an order would be forthcoming. Filing No. 67. This action was tried to a jury from November 14, 2016 to November 16, 2016, which returned a verdict in Defendant's favor.

IT IS ORDERED that:

1. Defendant's objection to Magistrate Judge's order, Filing No. 52, is overruled.

2. Defendant's motion for leave to file an amended answer, Filing No. 46, is denied.

Dated this 17th day of November, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge