IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOLENE RITTERBUSH, | Case No.  4:15CV3067 |
| Plaintiff, | **ORDER TO DESTROY** |
| vs. | |
| STATE OF NEBRASKA,<br>through the State of Nebraska<br>Judicial Branch, Office of Probation<br>Administration, | |
| Defendant. | |

Counsel for the defendant notified the court on December 20, 2016 that the following exhibits held by the court in this matter can be destroyed.

Defendant's Exhibits / jury trial held November 14-16, 2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 22, 2016

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15